ORDER:
Motion granted.  The ICMC is reset for September 7, 2011, at 11:00 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INTERSTATE PACKAGING COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:11-cv-0589 |
| | ) JUDGE NIXON/KNOWLES |
| CENTURY INDEMNITY COMPANY, ACE PROPERTY & CASUALTY INSURANCE COMPANY; ACE FIRE UNDERWRITERS INSURANCE COMPANY; GREAT WESTERN INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; AMERICAN NATIONAL FIRE INSURANCE COMPANY; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY and THE AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**MOTION**

Come the Defendants, Continental Casualty Company and American Casualty Company of Reading, PA, and move the Court for an Order rescheduling the initial case management conference in this matter which is currently set for August 4, 2011, at 11:00 a.m.

Counsel for these Defendants is currently scheduled to attend depositions in Dandridge, Tennessee, with involves numerous parties on that date. Because of this it is requested that the initial case management conference be rescheduled. Counsel for these