# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INTERSTATE PACKAGING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00589 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| CENTURY INDEMNITY COMPANY, et al., ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## ORDER

On March 14, 2012, the Court granted summary judgment in favor of Defendants Great American Insurance Company ("GAIC") and Great American Insurance Company of New York ("GANY"). (Doc. No. 88.) Plaintiff Interstate Packaging Company subsequently filed a Motion for Reconsideration of that Order. (Doc. No. 99.) In the interim, Defendants American Casualty Company of Reading, PA ("ACC") and Continental Casualty Company ("CCC") filed a Motion for Summary Judgment based in large part on the Court's grant of summary judgment to GAIC and GANY. (Doc. No. 94.)

Plaintiff has now filed a Motion for an extension of time to respond to ACC and CCC's Motion for Summary Judgment until the Court resolves the Motion for Reconsideration. (Doc. No. 106.) ACC and CCC have filed a Response opposing Plaintiff's request. (Doc. No. 107.) Nonetheless, the Court finds that it is prudent to resolve Plaintiff's Motion for Reconsideration prior to considering the related Motion for Summary Judgment. Thus, the Court **GRANTS** Plaintiff's Motion for Extension of Time (Doc. No. 106). Plaintiff's deadline to respond to ACC and CCC's Motion for Summary Judgment (Doc. No. 94) is extended to twenty days following entry of an Order resolving the Motion to Reconsider.

Also pending before the Court is GAIC and GANY's Motion for Leave to File Response in Opposition to Plaintiff's Motion for Reconsideration (Doc. No. 108), filed with the proposed Response in Opposition (Doc. No. 109). That Motion is **GRANTED** and the Court will consider GAIC and GANY's responsive brief.

It is so ORDERED.

Entered this the 3rd day of May, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT