# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **INTERSTATE PACKAGING COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 3:11-cv-00589 |
| ) | |
| **CENTURY INDEMNITY COMPANY et al.,** ) | |
| ) | Judge: Nixon/Knowles |
| ) | **Jury Demand** |
| ) | |
| Defendants. ) | |
| ) | |

## INTERSTATE PACKAGING'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS AMENDED AND SUPPLEMENTAL COMPLAINT

Interstate Packaging Company ("Interstate Packaging") respectfully moves for leave of the Court pursuant to Local Rule 7.01(b) to file a Reply in support of its Motion to File an Amended and Supplemental Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure, in order to address issues raised in the Responses filed by Defendants American Casualty Company of Reading, PA and Continental Casualty Company in their Response (Doc. No. 112), American Insurance Company (Doc. No. 113), Century Indemnity Company, Ace Property & Casualty Insurance Company, and Ace Fire Underwriters Insurance Company (Doc. No. 114), and Great American Insurance Company and Great American Insurance Company of New York f/k/a American National Fire Insurance Company (Doc. No. 115), which Interstate Packaging did not fully anticipate in its Motion. Attached hereto is the proposed Reply in support of its Motion to File an Amended and Supplemental Complaint.