IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INTERSTATE PACKAGING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00589 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| CENTURY INDEMNITY COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pending before the Court is Plaintiff Interstate Packaging Company's Motion for Leave to File Reply in Support of its Motion for Reconsideration of the Court's Order on Summary Judgment ("Motion") (Doc. No. 120), filed along with the proposed Reply brief (Doc. No. 120-1). Plaintiff's Motion is **GRANTED**, and the Court will consider the Reply brief in ruling on the Motion for Consideration.

It is so ORDERED.

Entered this the 11 day of May, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT