UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF TENNESSEE
                NASHVILLE DIVISION


**INTERSTATE PACKAGING COMPANY** )
                                )
v.                              ) Civil Action No. 3:11-0589
                                ) Judge Nixon/Knowles
**CENTURY INDEMNITY COMPANY, et al.**)


                    **O R D E R**

    Pending before the Court is the Defendants' Motion to Extend Trial Date and Initial Case Management Order Deadlines and For a Case Management Conference. Docket Entry No. 131. This Motion is granted, and with permission of Judge Nixon, the trial date will be continued. The following deadlines are extended as follows:

    1.  Fact Discovery shall be completed on or before April 15, 2013.
    2.  Discovery-related Motion are due on or before April 22, 2013.
    3.  Plaintiff shall identify expert witnesses on or before May 1, 2013.
    4.  Depositions of Plaintiff's expert witnesses shall be completed on or before June 1, 2013.
    5.  Defendants shall identify expert witnesses on or before July 1, 2013.
    6.  Depositions of Defendants' expert witnesses shall be

completed on or before July 31, 2013.

    7. Supplements to expert witnesses' reports due on or before July 31, 2013.

    8. Dispositive Motions shall be filed on or before September 1, 2013.

    9. The jury trial is reset to February 4, 2014, at 9:00 a.m. before the Honorable John T. Nixon. The pretrial conference is reset to January 24, 2014, at 10:00 a.m.

    IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE