> **ORDER:**
> Motion granted.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INTERSTATE PACKAGING COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO.: 3:11-cv-00589<br>) |
| CENTURY INDEMNITY COMPANY et al., | )<br>) Judge: Nixon/Knowles<br>) Jury Demand |
| Defendants. | )<br>)<br>) |

## INTERSTATE PACKAGING'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL

Interstate Packaging Company ("Interstate") respectfully requests leave of the Court pursuant to Local Rule 7.01(b) to file a Reply in Support of its Motion to Compel Defendants Century Indemnity Company, Ace Property & Casualty Insurance Company, and Ace Fire Underwriters Insurance Company to provide full and complete responses to certain interrogatories and document requests. Attached hereto is the proposed Reply in support of its Motion to Compel, with exhibits in support.

Respectfully submitted,

/s/ Douglas R. Pierce
Richard S. Busch, BPR 014594
Douglas R. Pierce, BPR 10084
Patrick W. Ogilvy, BPR 025615
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201