# Exhibit A

| VENDOR: 000865 | | | INTERSTATE PACKAGING WHITE BLUFF, TN 37187 | | | 007988 |
|---|---|---|---|---|---|---|
| OUR REF NO | YOUR INVOICE NO | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | CHECK AMOUNT |
| 18207 | 5310 | 03/25/86 | 1,646.40 | 1,646.40 | .00 | 1,646.40 |
| 18208 | 5311 | 03/28/86 | 5,200.25 | 5,200.25 | .00 | 5,200.25 |
| | | | | | CHECK TOTAL | 6,846.65 |



**INTERSTATE PACKAGING**
P.O. BOX AG
WHITE BLUFF, TENN. 37187

FIRST AMERICAN BANK 87-1
NASHVILLE, TN. 640

| CHECK NO | CHECK DATE | VENDOR NO |
|---|---|---|
| 007988 | 03/27/86 | 000865 |

**CHECK AMOUNT**
$*****6,846.65

PAY TO THE ORDER OF
ALLWORTH, INC.
500 MEDCO ROAD
BIRMINGHAM, AL. 35217

NON-NEGOTIABLE

⑈007988⑈ ⑆064000017⑆ 145 319 2⑈

# INVOICE
## 005310

865 (70/50)

**Allworth, Inc.**
500 Medco Road
Birmingham, Alabama 35217
205/841-1707

POSTED POSTED POSTED

| DATE | INVOICE NO. |
|---|---|
| 02-19-86 | 5310 |

SOLD TO: INTERSTATE PACKAGING
P.O. BOX AG
WHITE BLUFF, TN 37187

10635  10203

SHIP TO:

TERMS: NET 30 DAYS

| DEPARTMENT | CUSTOMER ORDER | SHIPPING NUMBER | SHIP DATE | VIA: |
|---|---|---|---|---|
| 0 | | 000000 | 01-27-86 | |

| ORDER | SHP'D | PRODUCT NUMBER | UNIT | DESCRIPTION | LIST PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 18.00 | 18.00 | 98 | EA | WASTE DISPOSAL | 35.000 | 630.00 |
| 2.00 | 2.00 | 44 | | SLUDGE DISPOSAL | 230.000 | 460.00 |
| 990.00 | 990.00 | | | CHLORIDE SURCHARGE | .360 | 356.40 |
| 990.00 | 990.00 | | | BTU SURCHARGE | .800 | 792.00 |
| 20.00 | 20.00 | 99 | EA | FREIGHT | 10.000 | 200.00 |

MERCHANDISE REC'D
Entw  UNIT PRICE O.K.
BTu Surcharge  EXTENSION O.K.  5135
Don't pay DATE PAID
PAID MAR 20 1986

PAID MAR 27 1986   PAID JUN 27 1986

| SUB TOTAL | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|
| 2438.40 | .00 | .00 | .00 | 2438.40 |

bal 792.00
Pd - 1646.40

*"Professional Chemical Reprocessing"*

A Service Charge of 1.5% per month or 18% per annum will be charged on any unpaid balance over 30 days.



# ALLWORTH, INC.

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|

**3. Generator's Name and Mailing Address**

**A. State Manifest Document Number: ALLW**

**B. State Generator's ID**

**4. Generator's Phone** ( )

| 5. Transporter 1 Company Name | 6. US EPA ID Number | C. State Transporter's ID 01003 |
|---|---|---|
| ALLWORTH, INC. | ALD094476793 | D. Transporter's Phone 615-388-6865 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | E. State Transporter's ID 01981 |
| ALLWORTH, INC. | ALD094476793 | F. Transporter's Phone 205-841-1707 |
| 9. Designated Facility Name and Site Address | 10. US EPA ID Number | G. State Facility's ID |
| ALLWORTH, INC. 500 MEDCO RD. BIRMINGHAM, AL 35217 | ALD094476793 | H. Facility's Phone 205-841-1707 |

**11. US DOT Description** (Including Proper Shipping Name, Hazard Class, and ID Number)

| | 12. Containers No. / Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|
| a. Waste Solvent, N.O.S., Flammable Liquid | | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |

**J. Additional Descriptions for Materials Listed Above**

**K. Handling Codes for Wastes Listed Above**

**15. Special Handling Instructions and Additional Information**

### IN CASE OF AN EMERGENCY CALL CHEMTREC 1-800-424-9300 24 HRS.

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

**17. Transporter 1 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

**18. Transporter 2 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19**

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

EPA Form 8700-22 (3-84)

# Allworth, Inc.

500 Medco Road
Birmingham, Alabama 35217
205/841-1707

**INVOICE** 005311

865

SOLD TO: INTERSTATE PACKAGING
P.O. BOX AG
WHITE BLUFF, TN 37187

SHIP TO:

POSTED

| DATE | INVOICE NO. |
|---|---|
| 02-19-86 | 5311 |

TERMS: NET 30 DAYS

| DEPARTMENT | CUSTOMER ORDER | SHIPPING NUMBER | SHIP DATE | VIA: |
|---|---|---|---|---|
| 0 | | 001852 | 02-13-86 | |

| ORDER | SHP'D | PRODUCT NUMBER | UNIT | DESCRIPTION | LIST PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3355.00 | 3355.00 | 10 | EA | RECLAIMED SOLVENT | 1.260 | 4227.30 |
| 61.00 | 61.00 | 1 | | DRUMMING & CONTAINER | 15.950 | 972.95 |

MERCHANDISE REC'D
UNIT PRICE O.K.
EXTENSION O.K.
DATE PAID

PAID—MAR-25-1986
PAID MAR 27 1986

5135

| SUB TOTAL | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|
| 5204.25 | .00 | .00 | .00 | 5200.25 |

*"Professional Chemical Reprocessing"*

A Service Charge of 1.5% per month or 18% per annum will be charged on any unpaid balance over 30 days.

# SHIPPING ORDER

OFFICE COPY

**Allworth, Inc.**
500 Medco Road
Birmingham, Alabama 35217
205/841-1707

DATE:
ORDER NO:
ORDER DATE:

SHIP NO: 1852
SHIP DATE: 2/13/86

| CUSTOMER NUMBER AND NAME | SHIP TO VIA |
|---|---|
| Interstate Packaging<br>Highway 47 North<br>White Bluff, TN | |

| QUANTITY | DESCRIPTION |
|---|---|
| 61 drs. | Solvent N.O.S.       UN 1993<br>FLAMMABLE LIQUID |

**FLAMMABLE**

RECEIVED BY _Larry Spearman_

A SERVICE CHARGE OF 1.5% PER MONTH OR 18% PER ANNUM WILL BE CHARGED ON ANY UNPAID BALANCE OVER 30 DAYS.

# RECEIVING RECORD

5009

**RECEIVED FROM:** Allworth Inc

**ADDRESS:**

| PURCHASE ORDER NO. OR RETURNED GOODS | FREIGHT BILL NO. | DATE |
|---|---|---|
| 1852 | | 2-13-86 |

**VIA:** | PREPAID | COLLECT

| QUANTITY | ITEM NUMBER | DESCRIPTION |
|---|---|---|
| 1 | 61 drs. | | Solvent N.O.S. |
| 2 | | | Flammable Liquid   un 1993 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

**REMARKS: CONDITIONS, ETC.**

| NO. PACKAGES | WEIGHT | RECEIVED BY | CHECKED BY | DELIVERED TO |
|---|---|---|---|---|
| | | Larry S. | | |

REDIFORM
2H 259

**BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE**

OFFICE COPY

# SHIPPING ORDER

DATE:
ORDER NO:
ORDER DATE:

SHIP NO: 1852
SHIP DATE: 2/13/06

**Allworth, Inc.**
500 Medco Road
Birmingham, Alabama 35217
205/841-1707

**CUSTOMER NUMBER AND NAME**

Interstate Packaging
Highway 47 North
White Bluff, TN

**SHIP TO VIA**

| QUANTITY | DESCRIPTION |
|---|---|
| 61 drums | Solvent N.O.S. FLAMMABLE LIQUID UN 1993 |

FLAMMABLE

RECEIVED BY: _Larry Shannon_

A SERVICE CHARGE OF 1.5% PER MONTH OR 18% PER ANNUM WILL BE CHARGED ON ANY UNPAID BALANCE OVER 30 DAYS.

| VENDOR: | | INTERSTATE PACKAGING WHITE BLUFF, TN 37187 | | | | |
|---|---|---|---|---|---|---|
| OUR REF. NO | YOUR INVOICE NO | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | CHECK AMOUNT |
| | | | 15,535.20 | 15,535.20 | .00 | 15,535.20 |
| | | | 795.00 | 795.00 | .00 | 795.00 |
| | | | 5,485.00CR | 5,485.00CR | .00 | 5,485.00CR |
| | | | 4,130.20CR | 4,130.20CR | .00 | 4,130.20CR |
| | | | | | CHECK TOTAL | 5,645.00 |

PAID IN FULL

**INTERSTATE PACKAGING**
P.O. BOX AG
WHITE BLUFF, TENN. 37187

FIRST AMERICAN BANK
NASHVILLE, TN
97-1 / 640

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|

CHECK AMOUNT

PAY
TO THE
ORDER OF

**NON-NEGOTIABLE**

INVOICE
005377

800 465 0634

# Allworth, Inc.   POSTED
500 Medco Road
Birmingham, Alabama 35217
205/841-1707

SOLD TO: INTERSTATE PACKAGING
P.O. BOX A9
WHITE BLUFF, TN 37187

SHIP TO:

| DATE | INVOICE NO. |
|---|---|
| 02-20-86 | 5377 |

TERMS: NET 30 DAYS

| DEPARTMENT | CUSTOMER ORDER | SHIPPING NUMBER | SHIP DATE | VIA: |
|---|---|---|---|---|
| 0 | | 000000 | 01-24-86 | |

| ORDER | SHIP'D | PRODUCT NUMBER | UNIT | DESCRIPTION | LIST PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 20.00 | 28.00 | | | SLUDGE MNFST 938 | 230.000 | 6440.00 |
| 1540.00 | 1540.00 | | | BTU SURCHARGE | 1.500 | 2310.00 |
| 10.00 | 10.00 | | | SLUDGE MNFST 35 | 230.000 | 2300.00 |
| 550.00 | 550.00 | | | BTU SURCHARGE | 1.500 | 825.00 |
| 12.00 | 12.00 | | | SLUDGE MNFST 37 | 230.000 | 2760.00 |
| 660.00 | 660.00 | | | BTU SURCHARGE | 1.520 | 1003.20 |

5135

Entire Invoice contains
Do not pay without
Matter or hoping
approval

PAID JUN 27 1986

| SUB TOTAL | SALES TAX | FREIGHT | MISCELLANEOUS | INVOICE TOTAL |
|---|---|---|---|---|
| 15638.20 | .00 | .00 | .00 | 15638.20 |

*"Professional Chemical Reprocessing"*

A Service Charge of 1.5% per month or 18% per annum will be charged on any unpaid balance over 30 days.



# ALLWORTH, INC.

Please print or type (Form designed for use on elite (12-pitch) typewriter.) Form Approved OMB No 2000-0404 Expires 7-31-__

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. TND049495138 | Manifest Document No. 00037 | 2. Page 1 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| Interstate Packaging Hwy. 17 North, P. O. Box AG, White Bluff, TN 37187 | **ALLW** C00037 |
| | B. State Generator's ID |

4. Generator's Phone ( 615 ) 797-3141

| 5. Transporter 1 Company Name ALLWORTH, INC. | 6. US EPA ID Number A L D 0 9 4 4 7 6 7 9 3 | C. State Transporter's ID 01003 |
|---|---|---|
| | | D. Transporter's Phone 615-386-6855 |
| 7. Transporter 2 Company Name ALLWORTH, INC. | 8. US EPA ID Number A L D 0 9 4 4 7 6 7 9 3 | E. State Transporter's ID 0190 |
| | | F. Transporter's Phone 205-841-1707 |
| 9. Designated Facility Name and Site Address ALLWORTH, INC. 500 MEDCO RD. BIRMINGHAM, AL 35217 | 10. US EPA ID Number A L D 0 9 4 4 7 6 7 9 3 | G. State Facility's ID |
| | | H. Facility's Phone **205-841-1707** |

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| a. Waste Solvent, N.O.S., Flammable NA1993 | 43 | DM | 2365 | GAL | D001/F002 |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| | a. c. |
| | b. d. |

15. Special Handling Instructions and Additional Information

**IN CASE OF AN EMERGENCY CALL CHEMTREC 1-800-424-9300 24 HRS.**

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name Larry W Robertson | Signature Larry Robertson | Date Month Day Year 01 27 86 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name Jim Davenport | Signature Jim Davenport | Date Month Day Year 01 27 86 |
|---|---|---|

18. Transporter 2 Acknowledgement or Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

EPA Form 8700-22 (3-84)

1 ORIGINAL - STATE OF ALABAMA  2 GREEN - GENERATOR'S COMPLETED COPY  3 BLUE - TREATMENT FACILITY COPY
4 CANARY - TRANSPORTER #1 COPY  5 PINK - TRANSPORTER #2 COPY  6 GOLDENROD - GENERATOR'S FIRST COPY KEPT AT TIME OF SHIPMENT



# ALLWORTH, INC.

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)  Form Approved OMB No 2000-0404 Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. TND049495138 | Manifest Document No. 00938 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

A. State Manifest Document Number: **ALLW000938**

3. Generator's Name and Mailing Address
Interstate Packaging
Hwy 47, P. O. Box AG, White Bluff, TN 37187

B. State Generator's ID

4. Generator's Phone ( 615 ) 797-3141

5. Transporter 1 Company Name: ALLWORTH, INC.
6. US EPA ID Number: ALD094476793

C. State Transporter's ID: 0190
D. Transporter's Phone: 205-841-1707

7. Transporter 2 Company Name:
8. US EPA ID Number:

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
ALLWORTH, INC.
500 MEDCO RD.
BIRMINGHAM, AL 35217
10. US EPA ID Number: ALD094476793

G. State Facility's ID
H. Facility's Phone: 205-841-1707

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| a. Waste Solvent, N.O.S., Flammable UN1993 | 77 | dm | 4235 | gal | D001/F002 |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above

K. Handling Codes for Wastes Listed Above

15. Special Handling Instructions and Additional Information

**IN CASE OF AN EMERGENCY CALL CHEMTREC 1-800-424-9300 24 HRS.**

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

Printed/Typed Name: Larry W. Robertson  Signature: /s/ Larry W. Robertson  Date: 01/24/86

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name: LARRY WINCHESTER  Signature: /s/ Larry Winchester  Date: 01/24/86

18. Transporter 2 Acknowledgement or Receipt of Materials
Printed/Typed Name:  Signature:  Date:

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name:  Signature:  Date:

EPA Form 8700-22 (3-84)
1 ORIGINAL - STATE OF ALABAMA  2 GREEN - GENERATOR'S COMPLETED COPY  3 BLUE - TREATMENT FACILITY COPY
4 CANARY - TRANSPORTER #1 COPY  5 PINK - TRANSPORTER #2 COPY  6 GOLDENROD - GENERATOR'S FIRST COPY KEPT AT TIME OF SHIPMENT


# ALLWORTH, INC.

Please print or type   (Form designed for use on elite (12-pitch) typewriter.)   Form Approved OMB No. 2000-0404 Expires 7.31.86

| | UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. TND049495138 | Manifest Document No. 00035 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|---|

**3. Generator's Name and Mailing Address**
Interstate Packaging
Hwy. 17 North, P. O. Box AG, White Bluff, TN 37187

**A. State Manifest Document Number**
ALLW C00035

**B. State Generator's ID**

**4. Generator's Phone** ( 615 ) 797-3141

**5. Transporter 1 Company Name** ALLWORTH, INC.  **6. US EPA ID Number** ALD094476793
C. State Transporter's ID  01003
D. Transporter's Phone  615-388-6855

**7. Transporter 2 Company Name** ALLWORTH, INC.  **8. US EPA ID Number** ALD094476793
E. State Transporter's ID  0190
F. Transporter's Phone  205-841-1707

**9. Designated Facility Name and Site Address**
ALLWORTH, INC.
500 MEDCO RD.
BIRMINGHAM, AL 35217
**10. US EPA ID Number** ALD094476793
G. State Facility's ID
H. Facility's Phone  205-841-1707

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| a. Waste Solvent, N.O.S., Flammable UN1993 | 40 | dms | 2200 | gals | D001/F002 |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

**J. Additional Descriptions for Materials Listed Above**

**K. Handling Codes for Wastes Listed Above**
a.    c.
b.    d.

**15. Special Handling Instructions and Additional Information**

IN CASE OF AN EMERGENCY CALL CHEMTREC 1-800-424-9300   24 HRS.

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

Printed/Typed Name: Larry W Robertson   Signature: Larry W Robertson   Date: 01/27/86

**17. Transporter 1 Acknowledgement of Receipt of Materials**
Printed/Typed Name: Jim Davenport   Signature: Jim Davenport   Date: 01/27/86

**18. Transporter 2 Acknowledgement of Receipt of Materials**
Printed/Typed Name:   Signature:   Date:

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator:** Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name:   Signature:   Date:

EPA Form 8700-22 (3-84)
1. ORIGINAL - STATE OF ALABAMA  2. GREEN - GENERATOR'S COMPLETED COPY  3. BLUE - TREATMENT FACILITY COPY
4. CANARY - TRANSPORTER #1 COPY  5. PINK - TRANSPORTER #2 COPY  6. GOLDENROD - GENERATOR'S FIRST COPY KEPT AT TIME OF SHIPMENT



**INTERSTATE PACKAGING**
P.O. BOX 40*
WHITE BLUFF, TENN. 37187*
(615) 797-3141

SHIPPING

INVOICE NO. 52725
INVOICE DATE 6/27/86
OUR ORDER NO.
CUSTOMER NO.

SHIPPED TO

SOLD TO: ALLWORTH, INC.
530 MEDCO RD.
BIRMINGHAM, AL 35217

| TERMS 2/10%, NET 30 | DATE SHIPPED | SALESMAN | CUSTOMER ORDER NO. | SHIPPED VIA | F.O.B. |
|---|---|---|---|---|---|

| QTY. SHIPPED | DESCRIPTION | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|
| | ALLWORTH REF. 4065377 | | | (2,486.00) |

POSTED

PAID JUN 27 1986

QUANTITY ORDERED        QUANTITY SHIPPED TO DATE

865

**SOLD TO:** INTERSTATE PACKAGING
P.O. BOX AG
WHITE BLUFF, TN 37187

# Allworth, Inc.
500 Medco Road
Birmingham, Alabama 35217
205/841-1707

*******
*CREDIT MEMO*
*******

**INVOICE** 005738

| DATE | INVOICE NO. |
|---|---|
| 04-30-85 | 5738 |

**TERMS:** NET 30 DAYS

| DEPARTMENT | CUSTOMER ORDER | SHIPPING NUMBER | SHIP DATE | VIA |
|---|---|---|---|---|
| 0 | | 005377 | 01-24-85 | 0 |

| SHIP'D | PRODUCT NUMBER | UNIT | DESCRIPTION | LIST PRICE | AMOUNT |
|---|---|---|---|---|---|
| 00 | 1.00 | 1.00 | BTU SURCHARGE | 4138.200 | 4138.20 |

PAID JUN 27 1988

POSTED

| 4138.20 | .00 | .00 | .00 | .00 | INVOICE TOTAL | 4138.20 [CREDIT] |
|---|---|---|---|---|---|---|
| SUB TOTAL | | SALES TAX | FREIGHT | MISCELLANEOUS | | |

*"Professional Chemical Reprocessing"*

A Service Charge of 1.5% per month or 18% per annum will be charged on any unpaid balance over 30 days.

# Allworth, Inc.

500 Medco Road
Birmingham, Alabama 35217
205/841-1707

PLEASE SEND THIS STUB WITH YOUR REMITTANCE TO:

ALLWORTH, INC.
500 MEDCO ROAD
BIRMINGHAM, ALABAMA 35217

ACCOUNT NO: INTPAC
STATEMENT DATE: 04/30/86

| REFERENCE NO. | AMOUNT DUE |
|---|---|
| 005310 | 792.00 |
| 005311 | .00 |
| 005377 | 11,500.00 |
| 005596 | .00 |

TOTAL AMOUNT DUE: 12,292.00

INTERSTATE PACKAGING
P.O. BOX A8
WHITE BLUFF, TN
37187

ACCOUNT NO. INTPAC   STATEMENT DATE 04/30/86
TERMS: NET 30 DAYS

| TRANSACTION DATE | REFERENCE | CHARGES | CREDITS | DATE REMITTED | CHECK NO. | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 02/19/86 | 005310 | 2,438.40 | | | | |
| 04/04/86 | 005310 | | 1,646.40 | 04/04/86 | 7988 | 792.00 |
| 02/19/86 | 005311 | 5,200.25 | | | | |
| 04/04/86 | 005311 | | 5,200.25 | 04/04/86 | 7988 | .00 |
| 14/17/86 | 005377 | 15,638.20 | | | | |
| 02/28/86 | 005377 | | 2,485.00 | | | |
| 04/30/86 | 005377 | | 1,138.20 | 04/30/86 | 0 | 11,500.00 |
| 04/30/86 | 005596 | 2,485.00 | | | | |
| 04/30/86 | 005596 | | 2,485.00 | 04/30/86 | | .00 |

CLOSING DATE: 04/30/86

NEW BALANCE: 12,292.00


# Allworth, Inc.
500 Medco Road
Birmingham, Alabama 35217
205/841-1707

INTERSTATE PACKAGING
P.O. BOX AG
WHITE BLUFF, TN
37187

ACCOUNT NO. INTPAC
STATEMENT DATE 05/31/86

TERMS: NET 30 DAYS

| TRANSACTION DATE | REFERENCE | CHARGES | CREDITS | DATE REMITTED | CHECK NO. | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 02/19/86 | 005310 | 2,435.40 | | | | |
| 04/04/86 | 005310 | | 1,545.40 | 04/04/86 | 7985 | 795.00 |
| 04/17/86 | 005377 | | 2,485.00 | | | |
| 02/28/86 | 005377 | 15,636.00 | | | | |
| 04/30/86 | 005377 | | 4,135.50 | | | |
| 04/30/86 | 005377 | 2,485.00 | | 04/30/86 | 0 | 11,500.00 |

| CLOSING DATE | ADJUSTED BALANCE | SERVICE CHARGE | NEW BALANCE |
|---|---|---|---|
| 05/31/86 | | | 12,295.00 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS |
|---|---|---|---|
| .00 | .00 | .00 | 12295.00 |

ACCOUNT AGE ANALYSIS

- SEND REMITTANCE AND INQUIRIES TO: ALLWORTH, INC., 500 MEDCO ROAD, BIRMINGHAM, ALABAMA 35217.
- THIS STATEMENT IS DUE AND PAYABLE PRIOR TO THE NEXT CLOSING DATE. REMITTANCES RECEIVED AFTER THAT DATE WILL BE DEDUCTED FROM YOUR ACCOUNT BALANCE ON THE NEXT MONTH'S STATEMENT.
- THE SERVICE CHARGE IS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTH WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.
- THE SERVICE CHARGE IS COMPUTED ON THE ADJUSTED BALANCE. THE ADJUSTED BALANCE IS THE PREVIOUS BALANCE LESS PAYMENTS AND CREDITS APPEARING ON THIS STATEMENT.

# STATEMENT



## Allworth, Inc.
500 Medco Road
Birmingham, Alabama 35217
205/841-1707

INTERSTATE PACKAGING
P.O. BOX A6
WHITE BLUFF, TN
37187

ACCOUNT NO.: INTPAC
STATEMENT DATE: 04/30/86
TERMS: NET 30 DAYS

| TRANSACTION DATE | REFERENCE | CHARGES | CREDITS | DATE REMITTED | CHECK NO. | AMOUNT DUE |
|---|---|---|---|---|---|---|
| 02/19/86 | 005310 | 2,438.40 | | | | |
| 04/04/86 | 005310 | | 1,646.40 | 04/04/86 | 7956 | 792.00 |
| 02/19/86 | 005311 | 5,200.25 | | | | |
| 04/04/86 | 005311 | | 5,200.25 | 04/04/86 | 7956 | .00 |
| 04/17/86 | 005377 | | 2,485.00 | | | |
| 02/26/86 | 005377 | 15,638.20 | | | | |
| 04/30/86 | 005377 | | 4,165.20 | | | |
| 04/30/86 | 005377 | 2,485.00 | | 04/30/86 | 0 | 11,500.00 |
| 04/30/86 | 005595 | 2,485.00 | | | | |
| 04/30/86 | 005595 | | 2,485.00 | 04/30/86 | 0 | .00 |

| CLOSING DATE | ADJUSTED BALANCE | SERVICE CHARGE | NEW BALANCE | | |
|---|---|---|---|---|---|
| 04/30/86 | | | 12,292.00 | | |
| | .00 | .00 | 12292.00 | .00 | ACCOUNT AGE ANALYSIS |
| | CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | |

- SEND REMITTANCE AND INQUIRIES TO: ALLWORTH, INC., 500 MEDCO ROAD, BIRMINGHAM, ALABAMA 35217.
- THIS STATEMENT IS DUE AND PAYABLE PRIOR TO THE NEXT CLOSING DATE. REMITTANCES RECEIVED AFTER THAT DATE WILL BE DEDUCTED FROM YOUR ACCOUNT BALANCE ON THE NEXT MONTH'S STATEMENT.
- THE SERVICE CHARGE IS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTH WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%.
- THE SERVICE CHARGE IS COMPUTED ON THE ADJUSTED BALANCE. THE ADJUSTED BALANCE IS THE PREVIOUS BALANCE LESS PAYMENTS AND CREDITS APPEARING ON THIS STATEMENT.