ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INTERSTATE PACKAGING COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:11-CV-00589 |
| CENTURY INDEMNITY COMPANY; ACE PROPERTY & CASUALTY INSURANCE COMPANY; ACE FIRE UNDERWRITERS INSURANCE COMPANY; GREAT WESTERN INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; AMERICAN NATIONAL FIRE INSURANCE COMPANY; AMERICAN CASUALTY COMPANY OF READING, PA; CONTINENTAL CASUALTY COMPANY; and THE AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE JOHN T. NIXON<br><br>MAGISTRATE JUDGE E. CLIFTON KNOWLES |
| Defendants. | ) | |

**CERTAIN DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY STATEMENT AND FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Defendants, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, ACE Property & Casualty Insurance Company (formerly known as CIGNA Property & Casualty Insurance Company, formerly known as Aetna Insurance Company), and ACE Fire Underwriters Insurance Company (formerly known as CIGNA Fire Underwriters Insurance Company, formerly known as Aetna Fire Underwriters Insurance Company) (collectively "ACE Companies"); American Casualty Company of Reading, PA ("American Casualty") and Continental Casualty Company ("Continental Casualty"); and American Insurance Company ("American") by their respective attorneys, and for their Motion to