IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INTERSTATE PACKAGING COMPANY, ) | |
| ) | |
| Plaintiff, ) | No. 3:11-cv-00589 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Knowles |
| ) | |
| CENTURY INDEMNITY COMPANY, et al., ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Defendant United States Fire Insurance Company's Unopposed Motion to Extend Time to File Reply Statement and for Leave to File Reply Memorandum in Further Support of its Motion for Summary Judgment ("Motion"). (Doc. No. 203.) Defendant requests the Court grant it leave to file a reply and to extend the deadline for its reply from July 17, 2013, to July 24, 2013. (*Id.* at 1–2.) Defendant states that its Texas counsel recently moved offices and needs a short extension to prepare its reply memorandum. (*Id.* at 2.) Defendant also states that counsel for Plaintiff Interstate Packaging Company has been consulted and has no objection to the proposed extension. (*Id.*) Accordingly, the Court **GRANTS** the Motion; Defendant shall file its reply on or before **July 24, 2013**.

It is so ORDERED.

Entered this the 16 day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT