IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INTERSTATE PACKAGING COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CASE NO. 3:11-0589 JUDGE NIXON/KNOWLES |
| CENTURY INDEMNITY COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon "Certain Defendants' Motion for a Case Management Conference," filed by Defendants Century Indemnity Company, ACE Property Casualty Insurance Company, and ACE Fire Underwriters Insurance Company. Docket No. 138. The Motion relates to a previously-filed Motion to Compel filed by Plaintiff and involving these Defendants. Docket No. 134. Part of Defendants' complaint is that, "Plaintiff is pursuing overbroad and burdensome written discovery even while dispositive Motions are pending." Docket No. 138, p. 2. The undersigned has denied the Motion to Compel without prejudice to its refiling if and as may be appropriate. Docket No. 208.

For the foregoing reasons, the instant Motion is DENIED AS MOOT.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge