**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 10, 2014

Mr. Richard S. Busch
King & Ballow
315 Union Street
Suite 1100
Nashville, TN 37201

Mr. Parks Tedford Chastain
Brewer, Krause, Brooks, Chastain & Burrow
611 Commerce Street
Suite 2600
Nashville, TN 37203

Mr. Garry Kevin Grooms
Stites & Harbison
401 Commerce Street
Suite 800
Nashville, TN 37219

Mr. Barry Lane Howard
Howard Tate Sowell Wilson Leathers & Johnson
201 Fourth Avenue N.
Suite 1900
Nashville, TN 37219

Mr. Brian S. Martin
Thompson Coe Cousins & Irons
One Riverway
Suite 1400
Houston, TX 77056

Mr. Michael Robert Orlando
Cohn, Baughman & Martin
333 W. Wacker Drive
Suite 900
Chicago, IL 60606

Mr. Douglas R. Pierce
King & Ballow
315 Union Street

Suite 1100
Nashville, TN 37201

Mr. Kevin Frank Risley
Thompson Coe Cousins & Irons
One Riverway
Suite 1400
Houston, TX 77056

Mr. George A. Rowlett
Howell & Fisher
300 James Robertson Parkway
Suite 300
Nashville, TN 37201

Mr. John Roy Tarpley
Lewis, Thomason, King, Krieg & Waldrop
424 Church Street
Suite 2500
Nashville, TN 37219

Ms. Alisha M. Toll
Brewer, Krause, Brooks, Chastain & Burrow
611 Commerce Street
Suite 2600
Nashville, TN 37203

Re: Case No. 13-6395, *Interstate Packaging Company v. Century Indemnity Company, et al*
Originating Case No. : 3:11-cv-00589

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

            Sincerely yours,

            s/Connie A. Weiskittel
            Mediation Administrator

cc: Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 13-6395

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

INTERSTATE PACKAGING COMPANY

     Plaintiff - Appellant

v.

CENTURY INDEMNITY COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; ACE FIRE UNDERWRITERS INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY; AMERICAN INSURANCE COMPANY

     Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                          **ENTERED PURSUANT TO RULE 33,**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Deborah S. Hunt, Clerk

Issued: June 10, 2014